IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DWIGHT MATTHEWS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**K. DHILLION, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-cv-02343-TLN-DMC (PC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

　　　The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been found:

**IT IS ORDERED**: Defendants are granted an extension of time of twenty-one days after the Court grants a motion of substitution, if any, made in this action under Federal Rule of Civil Procedure 25(a).

Dated: March 13, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1